# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRENDA BLAIR, individually, and on behalf of all others similarly situated,<br><br>               Plaintiff,<br>vs.<br><br>JSP INTERNATIONAL GROUP, LTD.,<br><br>               Defendant. | )<br>)<br>)<br>) **Case No.: 1:25-cv-00300-JPW**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**PLEASE TAKE NOTICE THAT** pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(i), Plaintiff Brenda Blair ("Plaintiff") hereby gives Notice that the above-captioned case is voluntarily dismissed without prejudice.

Dated: March 20, 2025      By:  */s/ Laura Van Note*
                                               Laura Van Note, Esq. (CA S.B. #310160)*
                                               **COLE & VAN NOTE**
                                               555 12th Street, Suite 2100
                                               Oakland, California 94607
                                               Telephone: (510) 891-9800
                                               Facsimile: (510) 891-7030
                                               Email:    lvn@colevannote.com

                                               *Attorneys for Representative Plaintiff and the Plaintiff Class*

                                               *\*Pro hac vice forthcoming*

## **CERTIFICATE OF SERVICE**

I hereby certify that, on March 20, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify the foregoing document is being served today on all counsel of record in this case via transmission of Notice of Electronic Filing generated by CM/ECF and on counsel in the related cases to their respective emails per the below service list.

> */s/Laura Van Note*
> Laura Van Note, Esq.